PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>LLOYD DOUGLAS ODOM,<br><br>                              Defendant. | CASE NO. 1:21-MJ-00087-SAB<br><br>STIPULATION TO SET CHANGE OF PLEA; ORDER<br><br>TRIAL DATE: December 15, 2021<br>TIME: 11:00 a.m.<br>COURT: HON. STANLEY A. BOONE |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on December 15, 2021.

2. The parties have reached a resolution in this matter and request the matter be set for change of plea and immediate sentencing on Thursday, November 18, 2021 at 10:00 am.

3. Defense counsel notes that he is presently set to appear in another matter before the Hon. Dale A. Drozd at 9:30 am that morning.

IT IS SO STIPULATED.

STIPULATION TO SET CHANGE OF PLEA HEARING      1

Dated: November 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: November 10, 2021

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
LLOYD DOUGLAS ODOM

**ORDER**

IT IS SO ORDERED.

Dated: __**November 15, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE