**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-mj-0087-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |
| ) | |
| LLOYD ODOM, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. §4.23(a)(2)

**Sentence Date:** November 18, 2021

**Review Hearing Date:** September 15, 2022

**Probation Expires On:** November 19, 2022

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $1,210.00 which Total Amount is made up of a Fine: $ 1,200.00 Special Assessment: $ 10.00  Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $       per month by the       of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:** Attend and complete the First Time DUI Offender Program by 8/30/22.

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                          Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/15/2022 at 10:00 am Choose an item.

   ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 9/1/2022        /s/ Marc Days
                      DEFENDANT'S COUNSEL


                       /s/ Jeffrey Spivak
                      COUNSEL FOR THE GOVERNMENT

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **September 2, 2022**

UNITED STATES MAGISTRATE JUDGE